UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | | |
|---|---|---|
| MARINA CUELLAR and<br>EDELMIRA CUELLAR, | ) <br> ) <br> ) | CIV. 12-4220-JLV |
| Plaintiffs, | ) <br> ) | JUDGMENT OF DISMISSAL |
| vs. | ) <br> ) | |
| AVERA HEALTH PLANS, INC.,<br>and JOHN MORRELL & CO., | ) <br> ) <br> ) | |
| Defendants. | ) | |

Pursuant to the parties' joint motion to dismiss (Docket 19), it is hereby

ORDERED, ADJUDGED, AND DECREED that this action is dismissed with prejudice and without costs to any party.

Dated May 6, 2013.

BY THE COURT:

/s/ *Jeffrey L. Viken*
JEFFREY L. VIKEN
CHIEF JUDGE